Case 1:20-cr-00078-TWP-MJD   Document 52   Filed 04/02/24   Page 1 of 1 PageID #: 310

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Jose Rodriguez-Chavez<br>A/K/A: "Jalisco"; A/K/A: "Johnny" | Case No: 1:20CR00078-001<br>USM No: 17413-028 |
| Date of Original Judgment: 01/21/2021<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | Jacob Leon<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __84 months__ months **is reduced to** __78 months*__ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

**78 months on each count, all concurrent and concurrent with the sentence imposed under Dkt. No. 1:20CR00096-009.**

Except as otherwise provided, all provisions of the judgment dated __01/21/2021__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 4/2/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Tanya Walton Pratt, U.S. District Court Chief Judge
*Printed name and title*